UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:11-CR-1165 |
| | § | |
| JUAN PULIDO JR | § | |

## ORDER

Pending before the Court is a letter motion from Defendant/Movant Juan Pulido asking why the Court denied his previous motion to reduce his sentence pursuant to 18 U.S.C. § 3582. D.E. 27.

The Court denied Defendant's § 3582 motion by written Order entered June 22, 2015. D.E. 25. The attached Statement of Reasons explained that "[t]he defendant was held accountable for 10.16 kilograms of methamphetamine (actual). After application of the retroactive amendments, no change to the defendant's guideline range results. Therefore, the defendant is ineligible for a reduction." D.E. 25-1.

It is for the above-stated reason that Defendant's motion to reduce his sentence pursuant to 18 U.S.C. § 3582 (D.E. 24) was denied.

ORDERED this 24th day of August, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE